IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LYTECH SOLUTIONS, INC.,

        Plaintiff,                        Case 6:14-cv-683-AA

     vs.

STELLER, INC., doing business         ORDER ADVISING DEFENDANT
as Priebe Electronics,                    OF FEDERAL SUMMARY
                                                                            JUDGMENT STANDARDS

        Defendant.

AIKEN, Chief Judge:

**NOTICE - WARNING**

*This Notice is Required to be Given
to You by the Court*

    A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end this case and result in judgment entered against you and for the plaintiff, Lytech Solutions, Inc.

    Rule 56 tells you what you must do in order to oppose a

1 - ORDER ADVISING DEFENDANT OF FEDERAL SUMMARY JUDGMENT
    STANDARDS.

motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact - that is, if there is no real dispute about any fact that would affect the result of this case, the party who asked for summary judgment, plaintiff here, is entitled to judgment as a matter of law. This would end this case and result in a final judgment against you. When a party that brings suit against you makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your Answer says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in plaintiff's declarations and documents and show there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed, there will be no trial, and a final judgment will be entered against you and in favor of the plaintiff.

Plaintiff's summary judgment motion was filed on September 16, 2014. You have twenty (20) days from the date of this Notice, until October 23, 2014, to file any response, arguments, or evidence in opposition to the summary judgment

2 - ORDER ADVISING DEFENDANT OF FEDERAL SUMMARY JUDGMENT STANDARDS.

motion that was filed by plaintiff. After that time, plaintiff will have ten (10) days to file a reply memorandum. The court will then take the motion under advisement for consideration and ruling.

DATED this 7 day of October 2014.

/s/ Ann Aiken
Ann Aiken
United States District Judge

3 - ORDER ADVISING DEFENDANT OF FEDERAL SUMMARY JUDGMENT STANDARDS.